UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KHEMAAR BALLENTINE                                                                                    PLAINTIFF

V.                                      No. 4:23-CV-218-DPM-JTR

BROCKMAN, Sgt., Faulkner
County Detention Center, *et al*.                                                              DEFENDANTS

**ORDER**

On May 17, 2023, mail sent to Plaintiff Khemaar Ballentine ("Ballentine") at his address of record, the Faulkner County Detention Center, was returned as undeliverable. *Doc. 4*. Ballentine has not provided the Court with a change of address. The Court has previously notified Ballentine of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 2 at 1*.

IT IS THEREFORE ORDERED THAT:

1.     If Ballentine wishes to continue pursuing this lawsuit, he must file a notice of his current mailing address by **June 20, 2023**.[1]

2.     If Ballentine does not timely and properly comply with this Order, this case may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] If Ballentine has been released from incarceration, he will then be required to file an updated *in forma pauperis* application reflecting his free-world financial status or pay the full $402 filing and administrative fee for this action.

SO ORDERED, this 19th day of May, 2023.

                                                              _____
                                                             UNITED STATES MAGISTRATE JUDGE