# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KHEMAAR BALLENTINE**                          **PLAINTIFF**

v.                 **No. 4:23-cv-218-DPM**

**BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center**           **DEFENDANTS**

### ORDER

1.     The Court withdraws the reference.

2.     Ballentine has not updated his address with the Clerk; and the time to do so has passed. *Doc. 5.* His mail is being returned. *Doc. 6.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). His motion to proceed *in forma pauperis*, Doc. 3, is denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 October 2023